IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 04-40047 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANOUAR DARIF, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF DEFENSE WITNESSES

COMES NOW the defendant, and gives notice of his anticipated witnesses.

1. Maria Elamrani;

2. Lisa O'Bleness;

3. Terry Iams;

4. Roxy Callahan;

5. Bonnita "Bonnie" Kirklin;

6. Robert Kirklin;

7. Heidi Brown;

8. Robert E. Griffin;

9. Jennifer Griffin;

10. Tanya Wheeler;

11. Tamara Kirklin;

12. Dianna Kirklin;

13. Barbara Kirklin;

14. Kathy Kirklin;

15. Jacqueline Wheeler;

16. Paula Jo Johnson;

17. Michael A. Ransom;

18. Cody Wheeler;

19. Shaun R. Callahan;

20. Jeremy Cozadd.

21. Former ESL Professor of Mr. Darif;

22. Amanda Gormley; and,

23. Tahar Fillali.

        Respectfully submitted,

        /s/ Raphael M. Scheetz
        Raphael M. Scheetz
        1921 51st Street N.E.
        Cedar Rapids, Iowa 52402
        319-378-7416
        319-393-4000 (fax)
        e-mail:  scheetzlaw@aol.com
        ATTORNEY FOR DEFENDANT

<u>Certificate of Service</u>

  I hereby certify that on April 20, 2005, I electronically filed the foregoing with the Clerk of Court using the CM / ECF system which will send notification of such filing to: Mr. John Mehochko, Assistant United States Attorney, Rock Island, Illinois.

               /s/ Raphael M. Scheetz_____