**E-FILED**
Wednesday, 20 April, 2005  12:25:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR 04-40047 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANOUAR DARIF, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF DEFENSE EXHIBITS

COMES NOW the defendant, and gives notice of his anticipated exhibits.

• Photographs of Wedding Ceremony in Morocco;

• Photographs of Mr. Darif and Ms. Kirklin in Morocco;

• Family Photographs of Mr. Darif with Kirklin family members in United States;

• Notice of Beneficiary Designation from Arrow Trucking;

• Federal Income Tax Return of Darif/Kirklin;

• Bank Account Statement(s) of Darif/Kirklin;

• Greeting Cards Exchanged between Kirklin/Darif families.

/s/ Raphael M. Scheetz
Raphael M. Scheetz
1921 51st Street N.E.
Cedar Rapids, Iowa 52402
319-378-7416
319-393-4000 (fax)
e-mail: scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT

<u>Certificate of Service</u>

I hereby certify that on April 20, 2005, I electronically filed the foregoing with the Clerk of Court using the CM / ECF system which will send notification of such filing to:  Mr. John Mehochko, Assistant United States Attorney, Rock Island, Illinois.

/s/ Raphael M. Scheetz  _____