**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**AT ROCK ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 04-40047 |
| ) | |
| **ANOUAR DARIF,** ) | |
| ) | |
| **Defendant.** ) | |

**UNITED STATES' EXHIBIT LIST**
**(April 20, 2005)**

1. Indictment summary

2. Anouar Darif visa application dated March 31, 2000

3. Anouar Darif visa application dated August 4, 2000

4A-C. Attachments to Anouar Darif visa application August 4, 2000

5. Travel and marriage instructions given to Kirlkin by Melliani

6. Kirklin receipt for passport service

7. Copy of Kirklin and Darif passport photo pages

8. Kirklin airline ticket stubs

9. Kirlkin-Darif Moroccan marriage certificate

10. Darif visa application dated November 25, 2001

11. Darif visa

12. Form I-130 for Darif

13. Form I-864 for Darif

14. Kirklin Form G-325A Biographic Information

15. Darif Form G-325A Biographic Information

16. Kirklin birth certificate

17. Darif birth certificate

18. Kirklin-Darif Declaration De Capacite De Mariage

19. August 9, 2004 letter Darif to Kirklin

20. September 18, 2004 letter Darif to Heidi Brown

21. September 22, 2004 letter Darif to Heidi Brown

22. September 28, 2004 letter Darif to Kirklin

23. October 6, 2004 letter Darif to Kirklin

24. October 12, 2004 letter Darif toKirklin

25. Letter Kirklin to Darif, partially legible date

26. October 2, 2004 letter Kirklin to Darif

27. August 8, 2004 letter from Melliani to Darif

28. August 5, 2004 letter from Darif to Melliani

29. Melliani-Cozadd marriage contract

30. Melliani asylum affidavit

31. Cozadd sworn statement dated July 11, 2003

32. Kirklin sworn statement dated July 11, 2003

33. Kirklin grand jury testimony dated October 23, 2003

34. Kirklin grand jury testimony dated December 16, 2004

35. Kutz grand jury testimony dated June 16, 2004

36. Kutz grand jury testimony December 16, 2004

37. Cozadd grand jury testimony October 23, 2003

38. Video

39. Photograph of Darif

40. Darif Alien file

41. Melliani Alien file

        Respectfully submitted,

        Jan Paul Miller
        United States Attorney


BY: /s/ John K. Mehochko
     John K. Mehochko
     Assistant United States Attorney
     1830 Second Avenue, Suite 320
     Rock Island, Illinois 61201
     Telephone (309) 793-5884


**CERTIFICATION OF SERVICE**

    **I HEREBY CERTIFY** that on April 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Raphael M. Scheetz.


     /s/ John K. Mehochko
     JOHN K. MEHOCHKO
     ASSISTANT U.S. ATTORNEY